IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| AIDEN DEVANEY, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-00007-RSB-JCH |
| | ) | |
| OLD DOMINION EQUINE | ) | |
| ASSOCIATES, PLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>CONSENT MOTION FOR ENLARGEMENT OF TIME</u>

COME NOW the Plaintiffs, Aiden Devaney and Corrib Racing, LLC (collectively, the "Plaintiffs"), by counsel, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and Local Rule 11(c)(3), respectfully request that the Court grant Plaintiffs an enlargement of time to file their Opposition papers to all Defendants' of Motions to Dismiss (Docket Nos. 12 and 20) to April 26, 2024 and all Reply papers to be filed by May 3, 2024.

CONDON & FORSYTH LLP

By _____
James F. Di Maggio, Esq. (*Pro Hac*)
jdimaggio@condonlaw.com
7 Times Square – 18th Floor
New York, New York 10036
Telephone:  (212) 490-9100
Facsimile:  (212) 370-4453

-and-

HARDING COUNSEL, PLLC
Elliot Harding, Esq. (VSB # 90442)
elliott@hardingcounsel.com
1260 Clifden Greene
Charlottesville, VA 22901
Telephone: 434-962-8465

*Attorneys for Plaintiffs*
*Aiden Devaney and Corrib Racing, LLC*

SINNOTT, NUCKOLS & LOGAN, P.C.

_____/s/_____
G. Christopher Jones, Jr., Esq. (VSB #82260)
Raymond J. Sinnott, IV, Esq. (VSB #77322)
13811 Village Mill Drive
Midlothian, Virginia 23114
 (804) 893-3864 (Jones)
 (804) 893-3871 (Sinnott)
 (804) 378-2610 (Facsimile)
cjones@snllaw.com
jsinnott@snllaw.com
*Attorneys for Defendants*
*Old Dominion Equine Associates, PLC,*
*Keith F. Brady, DVM, and Tiffany M. Snell, DVM*

SCOTT KRONER PLC
_____/s/_____
Neal L. Walters, Es. (VSB No. 32048)
418 East Water Street
P.O. Box 2737
Charlottesville, VA 22902
(434) 296-2161
(434) 293-2073 (fax)
nwalters@scottkroner.com
*Attorneys for Defendants*
*Braeburn, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of April, 2024, a true and accurate copy of the

foregoing Consent Motion was filed with the Clerk of Court using the CM/ECF system, which

will send a notification of such filing to all counsel of record.

CONDON & FORSYTH LLP

By _____
    James F. Di Maggio, Esq. (*Pro Hac*)
    jdimaggio@condonlaw.com
7 Times Square – 18th Floor

2

New York, New York 10036
Telephone:  (212) 490-9100
Facsimile:  (212) 370-4453