IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| AIDEN DEVANEY, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>OLD DOMINION EQUINE )<br>ASSOCIATES, PLC, et al., )<br>)<br>Defendants. ) | Case No. 3:24-cv-00007-RSB-JCH |

**CONSENT ORDER**

This matter comes before the Court on the Consent Motion for Enlargement of Time filed by the Plaintiffs, Aiden Devaney and Corrib Racing, LLC (collectively, the "Plaintiffs"). Upon consideration thereof, and there being no objection to the enlargement of time, the Court ORDERS that the deadline for Plaintiffs to file their Opposition papers to Defendants' Motions to Dismiss (Docket Nos. 12 and 20) is enlarged, to April 26, 2024. Further, all Reply papers are to be filed by May 3, 2024.

ENTERED:  4 / 11 / 24

_____
Joel C. Hoppe
United States Magistrate Judge