IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **AIDEN DEVANEY, et al.,** ) | |
| ) | |
| **Plaintiff** ) | Case No. 3:24-cv-00007-RSB-JCH |
| ) | |
| **v.** ) | |
| ) | |
| **OLD DOMINION EQUINE** ) | |
| **ASSOCIATES, PLC, et al.,** ) | |
| ) | |
| **Defendants** ) | |

**PARTIES' JOINT RULE 26(f) REPORT AND PROPOSED DISCOVERY PLAN**

On April 22, 2024, the parties met and conferred via Zoom conference pursuant to Rule 26(f).

1. The following persons participated in a Rule 26(f) conference by telephone:

    a. James F. Di Maggio, Esq. representing Plaintiffs;

    b. Elliott Harding, Esq. representing Plaintiffs

    c. G. Christopher Jones, Jr., Esq., representing the Defendants Old Dominion Equine Associates, PLC; Keith F. Brady, DVM; and Tiffany M. Snell, DVM;

    d. Neal L. Walters, Esq., representing the Defendant Braeburn, LLC.

2. **Initial disclosures.**

    a. The parties will complete initial disclosures required by Rule 26(a)(1) by May 6, 2024.

3. **Discovery plan.** The parties propose this discovery plan:

    a. Discovery will be needed on, but not limited to the following subjects:

      i. Communications between Plaintiffs and Defendants regarding the boarding and veterinary treatment of the horse, Corrib Factor;

      ii. Communications (written or oral) between Old Dominion Equine Associates, PLC, Keith F. Brady, DVM, Tiffany M. Snell, and/or any of its agents regarding the veterinary treatment of the horse, Corrib Factor;

      iii. Communications (written and oral) between Old Dominion Equine Associates, PLC and Braeburn, LLC and any agents regarding agreements to provide veterinary treatment to horses at Braeburn Training Center;

      iv. Any contracts (written or oral) between Old Dominion Equine Associates, PLC and Braeburn, LLC and any agents regarding agreements to provide veterinary treatment to horses at Braeburn Training Center;

      v. The applicable standard of care and whether there was a deviation therefrom;

      vi. Whether the euthanizing of Corrib Factor was proximately related to any breach of the standard of care;

      vii. The fair market value of Corrib Factor; and

      viii. The factual basis for other damages claimed.

b. Discovery will be commenced immediately.

    c. The parties agree that any communication between counsel and their clients after the commencement of the lawsuit (February 9, 2024) will be regarded as attorney-client privilege and does not need to be disclosed in a privilege log.

    d. The maximum number of Interrogatories shall be as set forth within Rule 33.

    e. The parties adopt Rule 30's limitation on the duration and number of depositions.

    f. The parties do not believe that discovery needs to be conducted in stages.

    g. Pursuant to Rule 26(a)(2) (B) and (C), all expert testimony and reports shall be disclosed as follows:

        i. By the Plaintiff, not later than November 21, 2024;

        ii. By any Defendant, not later than December 5, 2024;

        iii. By the Plaintiff in rebuttal, not later than January 5, 2025;

    h. The parties adopt the requirements of Rule 26(e) relating to the supplementation of discovery.

    i. The parties discussed the preservation, discovery, and disclosure of electronically stored information, and do not envision any significant issues in this regard.

4. **Other items.**

    a. The parties will attend the Rule 16 conference call with the Court, on May 28, 2024.

WHEREFORE, the parties jointly request that the Court enter a Scheduling Order as set forth herein, and for such other and further relief as may be just and equitable.

This the 24th day of April, 2024.

                        Respectfully Submitted,
                        AIDEN DEVANEY AND CORRIB RACING, LLC
                        By Counsel

\_/s/ James F. Di Maggio_____
James F. Di Maggio, Esq. (Pro Hac Vice)
7 Times Square – 18th Floor
New York, New York 10036
Telephone:  (212) 894-6733
Facsimile:  (212) 370-4453
jdimaggio@condonlaw.com

-and-

HARDING COUNSEL, PLLC
Elliot Harding, Esq.
elliot@hardingcounsel.com
1260 Clifden Greene
Charlottesville, VA 22901
Telephone: 434-962-8465
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of April, 2024, I caused the foregoing to be filed with the Court on its CM/ECF which will send notification of such filing (NEF) to all counsel of record.

                _____/s/James Di Maggio_____
                  James Di Maggio, Esq.