# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Aiden Devaney**

vs.

**Old Dominion Equine Associates, PLC et al**

Action No:   3:24cv00007
Date:   11/13/2024
Judge:   Robert S. Ballou
Court Reporter:   Lisa Blair
Deputy Clerk:   Kelly Brown

Plaintiff Attorney(s)
Elliott Harding

Defendant Attorney(s)
Neal Walters

PROCEEDINGS:
12:01
Parties present and represented by counsel.   Plaintiff's counsel is present, but plaintiff/client is not.
Court addresses parties. Judge Hoppe is available today to speak with parties regarding DE[49] Motion for Settlement to Enforcement of Settlement Conference.
Parties wish to meet with magistrate.
Adjourned.
12:12


Time in Court:   11 min